

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00063-CV

The University of Texas Rio Grande Valley
v.
Rita Oteka

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Court Cause No. C-3375-20-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Appellant, The University of Texas Rio Grande Valley, is exempt from all costs.

We further order this decision certified below for observance.

January 26, 2023